**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Van E. Flury,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>John Doe (1)<br>John Doe (2)<br>John Doe (3)<br><br>　　　　　　Defendants. | No. CV 07-2418-PHX-SMM<br><br>**ORDER** |

　　　　Currently pending before the Court is the Motion to Compel Production of Documents (Doc. 3) filed by Plaintiff Van E. Flury against non-party to the action, Lucre, Inc., ("Lucre") a Michigan state corporation. On November 30, 2007, the Clerk of the Court signed a subpoena directing Lucre to produce the names of the persons being the true owners of three telephone numbers named in Plaintiff's Complaint. Lucre has since acknowledged service and receipt of the subpoena by written fax to Plaintiff, wherein Lucre included several objections to the subpoena. However, a written letter to Plaintiff, regardless of whether it was faxed or sent by United States Postal Service, is an insufficient mechanism for responding to a court ordered subpoena. Furthermore, Lucre has cited no law or authority that establishes that it need not comply with the subpoena. Lucre has merely asserted that Plaintiff's request "requires disclosure of a trade secret or other confidential research, development, or commercial information" (Lucre Letter). It does not however explain how

1  producing the names of the persons and their respective addresses associated with the phone
2  numbers in Plaintiff's complaint (i.e. who is John Doe #3) amounts to disclosure of a trade
3  secret or other confidential research, development, or commercial information, or should
4  somehow exempt Lucre from the court's subpoena power.

    Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Compel Production of Documents (Doc. 3). Lucre shall produce the documents no later than **Friday, February 1, 2008**.

    DATED this 14th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge

- 2 -