**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Van E. Flury, ) | |
| ) | No. CV 07-2418-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| Customer Services Inc., *et al*, ) | |
| ) | |
| Defendants. ) | |

Currently pending before the Court is the "Application to the Court for Judgment by Default Against Defendant Number One (1)[1], Customer Services Inc," (Doc. 13) filed by Plaintiff Van E. Flury.

It has come to the Court's attention that the Plaintiff has failed to attach a certificate of service to the documents that he has filed with the Court, or otherwise prove service of all such documents on all parties to this matter. Therefore, until Plaintiff provides the Court with proof of service of each document to each party, the Court is unable to consider the Plaintiff's submissions, including the pending application for default judgment. Fed.R.Civ.P.4(l). Plaintiff is strongly encouraged to seek legal guidance to assist him in these matters. If he chooses not to do so, he is advised to familiarize himself with both the Local and Federal Rules of Civil Procedure before filing any further documents with this Court.

---

[1] In his First Amended Complaint, Plaintiff identified Defendant Number One (1), previously identified as John Doe (1), as Customer Services Inc.

Accordingly,

**IT IS HEREBY ORDERED DENYING** without prejudice Plaintiff's Application to the Court for Judgment by Default Against Defendant Number One (1), Customer Services, Inc. (Doc. 13).

DATED this 22nd day of February, 2008.

_____
Stephen M. McNamee
United States District Judge