1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8   Van E. Flury,                      )
                                       )    No. CV 07-2418-PHX-SMM
9              Plaintiff,              )
    v.                                 )    **ORDER**
10                                     )
    Customer Services Inc., *et al*,   )
11                                     )
               Defendants.            )
12  _____)

13        Currently before the Court is Plaintiff's voluntary dismissal of defendant Morgan

14  Drexel Corporation (Doc. 20). For good cause shown,

15        **IT IS HEREBY ORDERED** dismissing with prejudice from this lawsuit defendant

16  Morgan Drexel Corporation.

17        DATED this 12th day of March, 2008.

18

19

20

21                                    _____
                                          Stephen M. McNamee
22                                       United States District Judge

23

24

25

26

27