1  **WO**

7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE DISTRICT OF ARIZONA

9  Van E. Flury, )
   ) No. CV 07-2418-PHX-SMM
10           Plaintiff, )
   v. ) **ORDER**
11  )
   Customer Services Inc., *et al*, )
12  )
            Defendants. )
13  _____ )

14  Currently pending before the Court is Plaintiff's Motion for Clarification of Document
15  10 (Doc. 19).

16  This Court is unable to provide Plaintiff with legal advice per se, however it *can*
17  advise Plaintiff that he **must** perfect service of process and service of all documents filed
18  with this Court, pursuant to the Local and Federal Rules of Civil Procedure. To date,
19  Plaintiff has failed to attach a **certificate of service** to the documents that he has filed with
20  the Court, or to otherwise **prove service of all such documents on all parties to this**
21  **matter**. Furthermore, Plaintiff has failed to adequately prove service of process, as the Court
22  has not received any proof/return of executed summons necessary under the law.

23  As previously articulated by this Court, until Plaintiff provides the Court with **proper**
24  **proof of service** of each party, and of each document to each party, the Court is unable to
25  consider the Plaintiff's submissions. Again, it would behoove Plaintiff to seek legal guidance
26  to assist him in these matters. If he chooses not to do so, he is advised to familiarize himself
27  with both the Local and Federal Rules of Civil Procedure **before** filing any further

1  documents with this Court. Failure to perfect service in the time period set under the Rules
2  will result in dismissal of this action.  Fed.R.Civ.P.4(m).
3       Accordingly,
4       **IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification (Doc. 19) has
5  been granted. Plaintiff shall perfect service of process and service of all documents filed and
6  provide the necessary proof thereof before the time to do so expires.  Failure to do so will
7  result in dismissal of this action.
8       DATED this 18th day of March, 2008.

Stephen M. McNamee
United States District Judge