**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Van E. Flury, ) | |
| ) | No. CV 07-2418-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| Customer Services Inc., *et al*, ) | |
| ) | |
| Defendants. ) | |

Currently pending before the Court are the Stipulations of dismissal filed by Plaintiff and Defendant Don Brady. However, because this Court previously determined that it does not have subject matter jurisdiction over this action pursuant to 47 U.S.C.A. § 227(b), the case was dismissed without prejudice.[1]

Accordingly,

**IT IS HEREBY ORDERED DENYING as MOOT** the Stipulations of dismissal filed by Plaintiff and Defendant Don Brady (Docs. 28 and 29).

DATED this 12th day of May, 2008.

Stephen M. McNamee
United States District Judge

---

[1] According to 47 U.S.C.A. § 227(b), state courts have exclusive jurisdiction over the claims raised by Plaintiff.